FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 2 2017

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | NO. 6:17CR 21<br>JUDGE RC/KNM |
| BENNIE DAVID GUY | | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: 18 U.S.C. § 1512(c)<br>(Tampering with Documents or<br>Proceedings)

On or about March 7, 2016, in the Eastern District of Texas and elsewhere, the defendant, **Bennie David Guy**, did corruptly obstruct, influence, and impede and attempt to corruptly obstruct, influence, and impede an official proceeding, that is, a case intended to be filed in the United States District Court for the Eastern District of Texas, by filing with the Court of Appeals for the Fifth Circuit a document falsely purporting to be a DNA report prepared by the FBI laboratory.

All in violation of 18 U.S.C. § 1512(c)(2).

### COUNT 2

Violation: 18 U.S.C. § 1512(c)<br>(Tampering with Documents or<br>Proceedings)

On or about July 15, 2016, in the Eastern District of Texas and elsewhere, the defendant, **Bennie David Guy**, did attempt to corruptly obstruct, influence, and impede

Indictment – Page 1

an official proceeding, that is, a case pending in the United States District Court for the Eastern District of Texas, by filing with the District Court a document falsely purporting to be a DNA report prepared by the FBI laboratory.

All in violation of 18 U.S.C. § 1512(c)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

3/22/17
Date

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
ALAN R. JACKSON
ASSISTANT UNITED STATES ATTORNEY

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:17CR___ |
| BENNIE DAVID GUY | § | JUDGE _____ |

## NOTICE OF PENALTY

### COUNTS 1 and 2

VIOLATION: 18 U.S.C. § 1512(c)
Tampering with Documents or Proceedings

PENALTY: Imprisonment for not more than twenty (20) years; a fine not to exceed $250,000; or both such imprisonment and fine; and a term of supervised release of not more than three (3) years

SPECIAL ASSESSMENT: $100.00 per count